RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Lee Reynolds

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN LEE REYNOLDS,<br><br>  Defendant. | Case No. 2:06-cr-00312-KJD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Lee Reynolds, that the Revocation Hearing currently scheduled on May 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than One Hundred and Fifty (150) days.

This Stipulation is entered into for the following reasons:

1. Counsel needs time to prepare witnesses and exhibits for potential hearing.

2. Trial issues in adjacent case are at issue in revocation hearing. The parties would like to conclude or resolve or trial prior to revocation hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Andrew W. Duncan*<br>ANDREW W. DUNCAN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN LEE REYNOLDS,<br><br>  Defendant. | Case No. 2:06-cr-00312-KJD-PAL<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 10, 2022 at 11:30 a.m., be vacated and continued to November 29, 2022 at the hour of 9:30 a.m. in courtroom 4A.

DATED this 9th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

3