RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Brian Lee Reynolds

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BRIAN LEE REYNOLDS,

        Defendant.

Case No. 2:06-cr-00312-KJD-PAL-1

**STIPULATION TO CONTINUE
REVOCATION HEARING**
(Fourth Request)

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Brian Lee Reynolds, that the Revocation Hearing currently scheduled on February 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.     Counsel needs time to prepare witnesses and exhibits for potential hearing.

      2.     Trial issues in adjacent case are at issue in revocation hearing. The parties would like to conclude or resolve or trial prior to revocation hearing.

3.      Additional issues have arisen in the associated trial case and counsel needs to address those prior to the revocation hearing.

4.      The defendant is in custody and agrees with the need for the continuance.

5.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 16th day of February, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By /s/ Navid Afshar
NAVID AFSHAR
Assistant Federal Public Defender

By /s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

BRIAN LEE REYNOLDS,

         Defendant.

Case No. 2:06-cr-00312-KJD-PAL-1

**ORDER**

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for, February 22, 2023 at 9:30 a.m., be vacated and continued to May 16, 2023 at the hour of _10:00 a.m. in courtroom 4A.

     DATED this 21st day of February, 2023.

                               _____

                           UNITED STATES DISTRICT JUDGE

3