UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRIAN LEE REYNOLDS,<br><br>　　　　　Defendant. | 2:06-cr-00312-KJD<br><br>**CLARIFICATION ORDER** |

　　　This matter is before the court to clarify the order of restitution previously entered as part of the Judgment (ECF No. 18) filed in this criminal, following the sentencing held on October 3, 2007 (ECF No. 17). Upon further review of the restitution order in this case, the specific information needed to complete the order of restitution was not made a part of the Judgment. The Court thus finds good cause exists to modify the restitution order to clarify to whom the Defendant owes restitution.

　　　It is therefore ordered that defendant must make restitution to the following payees:

**Nevada Commerce Bank**　$1,065.00
3200 S. Valley View Blvd.
Las Vegas, NV 89102

**Bank of America**　　　　$1,890.00
Attn: Security Recovery
CA6-921-02-04
450 American St.
Simi Valley, CA 93065

**Nevada State Bank**　　　$ 560.00
4440 North Rancho
Las Vegas, NV

**Total Amount of Restitution ordered: $3,515.00.**  This amount does not reflect any payments that may have previously been paid to the Court.

　　　Dated this 31st day of January 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE